IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WILLIAM RANDOLPH ORPE,

    Petitioner,

    v.                                              Case No. 2:25-cv-182

CHADWICK S. DOTSON,

    Respondent.

## **FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on February 10, 2026. Dkt. No. 19. Neither party has objected to the Report and Recommendation, and the time to do so has expired. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no clear error, it is hereby ORDERED:

(1)    The Report and Recommendation, Dkt. No. 19, is ADOPTED as the opinion of this Court.

(2)    Respondent's Motion to Dismiss, Dkt. No. 12, is GRANTED.

(3)    Petitioner's Petition, Dkt. No. 1, is DENIED and DISMISSED WITH PREJUDICE.[1]

Orpe has failed to demonstrate "a substantial showing of the denial of a constitutional right," and, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 327, 335–36 (2003).

---

[1] Because Petitioner's Petition has been denied, his Motion for Leave to Proceed *in forma pauperis*, Dkt. No. 2, is DENIED as MOOT.

Orpe is ADVISED that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. P. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). If Orpe intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Final Order. Orpe may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk shall forward a copy of this Order to Orpe and the Attorney General of Virginia.

It is SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: March 13, 2026